UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIBERTY AUTO BODY SYSTEMS, INC.
    Plaintiff,

v.                        CIVIL ACTION NO.
                        11-CV-11015-MBB

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,
    Defendant.

## FINAL JUDGMENT

### MAY 11, 2012

**BOWLER, U.S.M.J.**

  In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice, and without fees or costs and waiving all rights of appeal.

                     /s/ Marianne B. Bowler
                     MARIANNE B. BOWLER
                     United States Magistrate Judge